## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 10-20004-CIV-COOKE/BANDSTRA

WILLIAM RAKIP,

     Plaintiffs,

v.

PARADISE AWNINGS CORPORATION,
a Florida corporation, MANUEL ALCIBAR,
and JUAN CHAVIANO, individually,

     Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Defendants' Motion to Compel Plaintiffs to Return Stolen Documents (D.E. 40) filed on July 29, 2010. Upon review of this motion, the response and reply thereto, the court file and applicable law, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion to Compel Plaintiffs to Return Stolen Documents is GRANTED to the extent that plaintiffs shall return the originals and all copies of the subject stolen documents within five days of the date of this Order. Issues concerning the admissibility of the subject documents is reserved for ruling at time of trial. Nothing in this Order precludes plaintiffs from requesting these documents through discovery in accordance with the Federal Rules of Civil Procedure.

DONE AND ORDERED in Chambers, at Miami, Florida this 30 day of August, 2010.

                              Ted E. Bandstra
                       United States Magistrate Judge

Copies furnished to:
Honorable Marcia G. Cooke
Counsel of record