UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20004-CIV-COOKE/BANDSTRA

WILLIAM RAKIP,

    Plaintiffs,

v.

PARADISE AWNINGS CORPORATION,
a Florida corporation, MANUEL ALCIBAR,
and JUAN CHAVIANO, individually,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiffs' Motion to Compel Discovery (D.E. 46) filed on July 30, 2010. Upon review of this motion, the response and reply thereto, the court file and applicable law, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion to Compel Discovery is GRANTED IN PART and DENIED IN PART as follows:

1. DENIED as MOOT with respect Plaintiffs' Request for Admissions Nos. 1-17 in view of defendants' subsequent denial of these requests as set forth in its First Supplemental Response to Plaintiffs' First Request for Admissions served on August 19, 2010.

2. GRANTED with respect to Request for Production No. 2. Accordingly, defendants shall produce all documents responsive to this request including documents, if any, pertaining to plaintiffs' work at Miami Dade County projects within ten (10) days of the date of this Order.

3. DENIED as MOOT with respect to Request for Production Nos. 4, 37 and 38 in view of defendants' representation advising that all such responsive documents have now been produced.

4. DENIED as MOOT with respect to Request for Production No. 22 in view of defendants' representation that they have no such documents.

5. DENIED with respect to Request for Production No. 23 except to the extent that defendants shall provide the names, addresses, payroll and time records of those terminated employees who were similarly situated or performed similar duties to plaintiffs. Defendants shall provide this information within ten (10) days of the date of this Order.

6. DENIED with respect to Request for Production No. 41, the Court finding this request to be overly broad and unduly burdensome.

7. GRANTED with respect to Request for Production No. 48 in view of defendants' response advising that the subject documents are available for inspection and copying.

8. GRANTED with respect to Interrogatory No. 1. Accordingly, defendants shall provide a full and complete response to this interrogatory within ten (10) days of the date of this Order.

9. DENIED with respect to Interrogatories 4-6, 10, 11 and 13 in view of the drafting errors.

DONE AND ORDERED in Chambers, at Miami, Florida this 23rd day of September, 2010.

Ted E. Bandstra
United States Magistrate Judge

Copies furnished to:
Honorable Marcia G. Cooke
Counsel of record