UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-20004-Civ-COOKE/BANDSTRA

WILLIAM RAKIP and
CESAR JERONIMO,

    Plaintiffs/Counter-Defendant

vs.

PARADISE AWNINGS CORPORATION,
MANUEL ALCIBAR, and JUAN CHAVIANO,

    Defendants/Counter-Plaintiffs.
_____/

## SECOND AMENDED FINAL JUDGMENT

THIS MATTER is before me following a jury trial that commenced on November 9, 2010, and concluded on December 3, 2010. The jury found in favor of the Defendants and against Plaintiff Cesar Jeronimo as to the Plaintiff's FLSA claims. The jury also found in favor of the Defendants/Counter-Plaintiffs and against Plaintiff/Counter-Defendant William Rakip as to the counterclaim for breach of contract in the amount of $1,320.00. However, subsequent to trial, I granted in part Plaintiffs' Motion for New Trial, Alter Judgment, and for Rule 60 Relief (ECF No. 242).

Accordingly, it is **ORDERED and ADJUDGED** that:

1. The Amended Final Judgment in this matter (ECF No. 240) is **VACATED**.

2. Final judgment is entered in favor of Paradise Awnings Corporation, Manuel Alcibar, and Juan Chaviano and against Cesar Jeronimo and William Rakip on Plaintiffs' respective FLSA claims.

3. Final judgment is entered in favor of William Rakip and against Paradise Awnings Corporation, Manuel Alcibar, and Juan Chaviano as to Defendants' civil theft counterclaim.

4. The Court reserves jurisdiction to entertain any post-trial motions including motions for fees and costs by both Parties.

5. All issues in this matter are now resolved and the Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 28th day of December 2011.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Honorable Ted E. Bandstra*
*Counsel of Record*