UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20004-Civ-COOKE/GOODMAN

WILLIAM RAKIP,
Plaintiff/Counter-Defendant,

and

CESAR JERONIMO,
Plaintiff,

vs.

PARADISE AWNINGS
CORPORATION, et al.,
Defendants/Counter-Plaintiffs..
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge (ECF No. 351).

In his R&R, Judge Goodman recommends granting in part and denying in part Defendants' Motion to Tax Costs (ECF No. 244) and Defendants' Supplemental Bill of Costs (ECF Nos. 349 and 350). The parties have not filed Objections to the R&R, and the time to do so has passed.

I have reviewed the Motions, the briefing and accompanying exhibits, Judge Goodman's R&R, the record, and the relevant legal authorities.

Accordingly, Judge Goodman's R&R (ECF No. 351) is **AFFIRMED and ADOPTED** as the Order of this Court.

**DONE and ORDERED** in chambers, at Miami, Florida, this 2nd day of May 2022.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*